UNITED STATES of America,
Plaintiff–Appellee,

v.

Raymond N. BROWN, JR.,
Defendant–Appellant.

No. 15–7670.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Raymond N. Brown, Jr., Appellant Pro Se. Robert Edward Bradenham, II, Howard Jacob Zlotnick, Assistant United States Attorneys, Amy Elizabeth Cross, Special Assistant United States Attorney, Kristine Elizabeth Wolfe, Office of the United States Attorney, Newport News, Virginia; Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond N. Brown, Jr., appeals the district court's order granting in part his 18 U.S.C. § 3582 (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 4:09–cr–00063–RBS–TEM–11 (E.D.Va. June 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*